IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR43 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RICHARD FENDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Karen M. Shanahan, a third party, for the transcript of this Defendant's sentencing hearing. (Filing No. 19)

IT IS ORDERED that the motion of Karen M. Shanahan, a third party, for the transcript of this Defendant's sentencing hearing (Filing No. 19) is granted.

DATED this 17th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON, Chief Judge
United States District Court